DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEJANDRO VIZCARRA-CORTEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>ALEJANDRO VIZCARRA-CORTEZ,          )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____) | No. 2:10-cr-00333-MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  October 14, 2010<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Alejandro Vizcarra-Cortez, that the status conference scheduled for October 14, 2010, may be continued to October 28, 2010, at 9:00 a.m.

   Counsel for the parties have yet to receive the pre-plea presentence report customarily used to evaluate the case for purposes of pretrial resolution.  Additional time is needed to obtain and review the report.

So that this may be done, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 12, 2010          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ALEJANDRO VIZCARRA-CORTEZ


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: October 12, 2010          /s/ T. Zindel for M. Beckwith
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 28, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE