1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ALEJANDRO VIZCARRA-CORTEZ
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,      ) No. 2:10-CR-333 MCE
                                  )
15              Plaintiff,        ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
16       v.                       ) **AND EXCLUDING TIME**
                                  )
17 ALEJANDRO VIZCARRA-CORTEZ,     )
                                  ) Date:  October 27, 2010
18              Defendant.        ) Time:  9:00 a.m.
                                  ) Judge: Morrison C. England, Jr.
19 _____)

20

21

22      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

23 of America, and defendant, Alejandro Vizcarra-Cortez, that the status

24 conference scheduled for October 27, 2010, may be continued to November

25 4, 2010, at 9:00 a.m.

26      Counsel for the parties have yet to receive the pre-plea presentence

27 report customarily used to evaluate the case for purposes of pretrial

28 resolution.  Additional time is needed to obtain and review the report.

1  So that this may be done, the parties agree that time under the Speedy
2  Trial Act should be excluded from the date of this order through the
3  status conference on November 4, 2010, pursuant to 18 U.S.C. §
4  3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: October 25, 2010                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ALEJANDRO VIZCARRA-CORTEZ


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: October 25, 2010                 /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 4, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order                           2